**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-6144**

———————————

In Re: WENDELL M. TURNER,

                                                    Petitioner.

———————————

On Petition for Writ of Mandamus.  (CA-01-38-1)

———————————

Submitted:  March 6, 2001          Decided:  April 20, 2001

———————————

Before WIDENER, WILKINS, and MOTZ, Circuit Judges.

———————————

Petition dismissed by unpublished per curiam opinion.

———————————

Wendell M. Turner, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wendell M. Turner petitions for a writ of mandamus setting forth several claims. A writ of mandamus is a drastic remedy and should be granted only in those extraordinary situations when no other remedy is available. See In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Because we find extraordinary circumstances lacking, and because the petition is frivolous, we deny Turner's motion for leave to proceed in forma pauperis and dismiss the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DISMISSED